UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE,

               Plaintiff,

      -v-

TRADER JOE'S COMPANY,

               Defendant.

19-CV-9865 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: July 8, 2022
      New York, New York

_____
         J. PAUL OETKEN
       United States District Judge